**JOSEPH HARPER and BENJAMIN VANWINKLE v. ELIZABETH FAULKNER et al.**

Supreme Court.    March 25, 1813.

*Clayton's Notebook, 124.*

Thomas Rothwell, a witness for defendant, was asked whether in his opinion the testator was of sound disposing mind, memory and understanding. Question objected to, and the Court decided that the question could not be put and was improper, but that he might be asked whether he was in his senses.